FILED
2023 NOV 22 AM 9: 04
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: CBO

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America<br>PLAINTIFF(S)<br>v.<br><br>Nina Jean Tafarella<br>DEFENDANT(S). | CASE NUMBER<br>MJ 23-06035<br><br>DECLARATION RE<br>OUT-OF-DISTRICT WARRANT |

The above-named defendant was charged by: **Indictment**
in the **Northern** District of **California** on **10/11/2023**
at ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about **Feb 2021-Nov 2022**
in violation of Title **18** U.S.C., Section(s) **1343**
to wit:

A warrant for defendant's arrest was issued by: **Magistrate Judge Thomas S. Hixson**

Bond of $ **No bail** was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

---

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **11/21/2023**
Date

_____
Signature of Agent

**Todd Rathbun**
Print Name of Agent

**FBI**
Agency

**Special Agent**
Title

---

CR-52 (03/20)                DECLARATION RE OUT-OF-DISTRICT WARRANT